# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VELOCITY SERVICES LLC,** | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-805 |
| v. | ) | |
| | ) | The Honorable Cathy Bissoon |
| **KMG-BERNUTH, INC.** | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR AN EXTENSION OF TIME

Pursuant to Rule 7(E) of the Local Rules of Civil Procedure for the United States District Court for the Western District of Pennsylvania, Defendant KMG-Bernuth, Inc. and Plaintiff Velocity Services LLC, by and through counsel, hereby notify the Court that the parties agree and stipulate to a thirty (30) day extension of time, up to and including August 27, 2015, for Defendant KMG-Bernuth, Inc. to respond to Plaintiff's Complaint. No other extensions have been requested.

Dated: July 31, 2015

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| | |
| */s/ Louis A. DePaul* | */s/ Joshua D. Baker* |
| Louis A. DePaul | Justin T. Barron |
| PA I.D. No. 93823 | PA I.D. No. 200394 |
| Attorney for Defendant, | Joshua D. Baker |
| KMG-Bernuth, Inc. | PA. I.D. No. 308243 |
| | Attorneys for Plaintiff, |
| Eckert Seamans Cherin & Mellott, LLC | Velocity Services LLC |
| U.S. Steel Tower | |
| 600 Grant Street, 44th Floor | Metz Lewis Brodman Must O'Keefe LLC |
| Pittsburgh, PA 15219 | 535 Smithfield Street, Suite 800 |
| 412-566-6000 | Pittsburgh, PA 15222 |
| ldepaul@eckertseamans.com | 412-918-1100 |
| | jbarron@metzlewis.com |
| | jbaker@metzlewis.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation for an Extension of Time was electronically filed and is available for viewing and downloading from the ECF system and was sent to counsel of record this 31st day of July, 2015, via electronic service.

/s/ Louis A. DePaul
Louis A. DePaul